Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                        Case No.:  19−25580−ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    William E Fitzgerald
    9 Ashley Dr
    Delran, NJ 08075

Social Security No.:
    xxx−xx−4191

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                10/23/19
Time:              10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: August 22, 2019
JAN: bed

                                                  Jeanne Naughton
                                                  Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
William E Fitzgerald  
    Debtor

Case No. 19-25580-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Aug 22, 2019  
                      Form ID: 132      Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.

```
db              +William E Fitzgerald,    9 Ashley Dr,    Delran, NJ 08075-5407
518403535       +ARS,    re Emer Phys of SJ,    1643 Harrison Pkway,    Fort Lauderdale, FL 33323-2857
518403527        Advanced ENT,    POB 95000-5585,    Philadelphia, PA 19150
518403528       +Alltran Financial,    POB 4045,    Concord, CA 94524-4045
518403530       +Amex,    pob 981537,    El Paso, TX 79998-1537
518403531       +Anna Marie Killino,    7 Auburn Dr,    Riverside, NJ 08075-1705
518403533       +Apex Asset Management,    re: Larchmont,    2501 Oregon Pike Ste 120,    Lancaster, PA 17601-4890
518403532       +Apex Asset Management,    re: Eye Care Phys & Surge,    2501 Oregon Pike Ste 120,
                  Lancaster, PA 17601-4890
518403534       +Arcadia recovery Bureau,    re: Cooper,    POB 70256,    Philadelphia, PA 19176-0256
518403536       +Ashely Crossing HOA,    721 Dresher Rd Ste 100,    Horsham, PA 19044-2220
518403537       +Barbara Rosboschil,    49 Haines Mill Rd,    Riverside, NJ 08075-1747
518403539       +Capehart & Scatchard,    re: File No 9609-71239,    8000 Midlantic Ave Ste 300S,
                  Mount Laurel, NJ 08054-1526
518403541       +Chase,    POB 24696,    Columbus, OH 43224-0696
518403542       +Cooper U. Health Care,    POB 95000-4345,    Philadelphia, PA 19195-0001
518403544       +Delran Twp Tax,    900 Chester Ave,    Riverside, NJ 08075-9703
518403545       +Emergency Phys of SJ,    POB 740021,    Cincinnati, OH 45274-0021
518403546       +Erics Nursery,    528 Mt Laurel Rd,    Mount Laurel, NJ 08054-9523
518403547       +Fein Such Kahn & Shepard,    re: PNC Bank vs Fitzgerald F 25399-18,    7 Century Dr, Ste 201,
                  Parsippany, NJ 07054-4609
518403548       +GEHA,    POB 21542,    Saint Paul, MN 55121-0542
518403549       +Jefferson Univ Phys,    POB 40089,    Philadelphia, PA 19106-0089
518403551       +KML Law Group,    PNC vs. Hutchinsin F 11850-19,    216 Haddon Ave, Ste 406,
                  Collingswood, NJ 08108-2812
518403550       +Kennedy Med Grp,    POB 95000,    CN 4570,    Philadelphia, PA 19195-0001
518403552       +Larchmont Med Imaging,    1295 Rt 38 W,    Hainesport, NJ 08036-2702
518403553       +Margaret Forcella,    227 Bentwood Dr,    Riverside, NJ 08075-1511
518403554       +Marilyn Mascibroda,    1422 Sienna Dr,    Riverton, NJ 08077-3372
518403555       +Mattia Shea,    12 Holyoke Dr,    Riverside, NJ 08075-1604
518403556       +Medexpress Billing,    POB 14000,    Belfast, ME 04915-4033
518403557       +Mt Laurel EMS,    POB 467,    Lumberton, NJ 08048-0467
518403558       +NJ American Water,    POB 371331,    Pittsburgh, PA 15250-7331
518403559       +Optimum Outcomes,    re: Lourdes,    POB 58015,    Raleigh, NC 27658-8015
518418561       +PNC BANK, NATIONAL ASSOCIATION,    Fein Such Kahn & Shepard, PC,    7 Century Drive,
                  Parsippany, NJ 07054-4673
518403561       +PNC Bank Mortgage,    6750 Miller Rd,    Brecksville, OH 44141-3239
518403562       +PNC Bank, Corp Headquarters,    3232 Newmark,    Miamisburg, OH 45342-5421
518403560       +Patient First,    4000 Rt 130N Bldg C,    Riverside, NJ 08075-2414
518403563        Portfolio Recovery Srvc,    120 Corp Blvd, Ste 100,    Norfolk, VA 23502
518403564       +Radiology Assoc of Burl,    1295 Rt 38 west,    Hainesport, NJ 08036-2702
518403567       +The Estate of Joseph Burns,    152 Whitemars Way,    Riverside, NJ 08075-2216
518403568       +Virtua Health,    2000 Crawford Pl, ste 100,    Mount Laurel, NJ 08054-3920
518403570       +Wells Fargo,    POB 10335,    Des Moines, IA 50306-0335
518418877       +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    St. Louis Park, MN 55426-4938
518403571       +Wells Fargo Card Services,    POB 5284,    Carol Stream, IL 60197-5284
518403572       +Wells Fargo Dealer Srv,    POB 1697,    Winterville, NC 28590-1697
518403569       +virtua Med Grp,    POB 6028,    Bellmawr, NJ 08099-6028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 23 2019 00:24:14      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 23 2019 00:24:12      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518403529        E-mail/Text: bnc@alltran.com Aug 23 2019 00:23:37      Alltran Financial LP,    POB 722929,
                  Houston, TX 77272-2929
518403538       +E-mail/Text: info@chcollects.com Aug 23 2019 00:24:56      C+H Collection Services,    re Cooper,
                  1 Federal Street N-100,    Camden, NJ 08103-1091
518403540        E-mail/Text: clientrep@capitalcollects.com Aug 23 2019 00:24:58      Capital Collection Service,
                  POB 150,    West Berlin, NJ 08091
518403543       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 23 2019 00:24:51      Credit Coll Services,
                  re: Jefferson U Phys,    POB 607,    Norwood, MA 02062-0607
518403565       +E-mail/Text: colleen.atkinson@rmscollect.com Aug 23 2019 00:24:56
                  Receivables Management Sys,    re: Patient First,    POB 73810,    Richmond, VA 23235-8047
518405597       +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 00:26:36      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518403566       +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 00:27:01      syncb/Lowes,    POB 530914,
                  Atlanta, GA 30353-0914
                                                                                              TOTAL: 9
```

***** BYPASSED RECIPIENTS *****  
NONE.                      TOTAL: 0

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Aug 22, 2019
                               Form ID: 132             Total Noticed: 52
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:

```
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Peter E. Zimnis    on behalf of Debtor William E Fitzgerald njbankruptcylaw@aol.com
          R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    PNC Bank, National Association
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 5
```