Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

Case No.: 19–25580–ABA  
Chapter: 13  
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
William E Fitzgerald  
9 Ashley Dr  
Delran, NJ 08075

Social Security No.:  
xxx–xx–4191

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/26/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 26, 2019  
JAN: bc

Jeanne Naughton  
Clerk

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                     Case No. 19-25580-ABA
William E Fitzgerald                                                       Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                 Date Rcvd: Dec 26, 2019
                               Form ID: 148                Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2019.
db             +William E Fitzgerald,    9 Ashley Dr,    Delran, NJ 08075-5407
518403535      +ARS,    re Emer Phys of SJ,    1643 Harrison Pkway,    Fort Lauderdale, FL 33323-2857
518403527       Advanced ENT,    POB 95000-5585,    Philadelphia, PA 19150
518403528      +Alltran Financial,    POB 4045,    Concord, CA 94524-4045
518403531      +Anna Marie Killino,    7 Auburn Dr,    Riverside, NJ 08075-1705
518403533      +Apex Asset Management,    re: Larchmont,    2501 Oregon Pike Ste 120,    Lancaster, PA 17601-4890
518403532      +Apex Asset Management,    re: Eye Care Phys & Surge,    2501 Oregon Pike Ste 120,
                 Lancaster, PA 17601-4890
518403534      +Arcadia recovery Bureau,    re: Cooper,    POB 70256,    Philadelphia, PA 19176-0256
518403536      +Ashely Crossing HOA,    721 Dresher Rd Ste 100,    Horsham, PA 19044-2220
518403537      +Barbara Rosboschil,    49 Haines Mill Rd,    Riverside, NJ 08075-1747
518403539      +Capehart & Scatchard,    re: File No 9609-71239,    8000 Midlantic Ave Ste 300S,
                 Mount Laurel, NJ 08054-1526
518403541      +Chase,    POB 24696,    Columbus, OH 43224-0696
518403542      +Cooper U. Health Care,    POB 95000-4345,    Philadelphia, PA 19195-0001
518403544      +Delran Twp Tax,    900 Chester Ave,    Riverside, NJ 08075-9703
518403545      +Emergency Phys of SJ,    POB 740021,    Cincinnati, OH 45274-0021
518496216       Emergency Physician Associate of S. Jersey, PC,     PO Box 1123,    Minneapolis MN 55440-1123
518403546      +Erics Nursery,    528 Mt Laurel Rd,    Mount Laurel, NJ 08054-9523
518403547      +Fein Such Kahn & Shepard,    re: PNC Bank vs Fitzgerald F 25399-18,     7 Century Dr, Ste 201,
                 Parsippany, NJ 07054-4609
518403548      +GEHA,    POB 21542,    Saint Paul, MN 55121-0542
518455135      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,     6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518403549      +Jefferson Univ Phys,    POB 40089,    Philadelphia, PA 19106-0089
518403551      +KML Law Group,    PNC vs. Hutchinsin F 11850-19,    216 Haddon Ave, Ste 406,
                 Collingswood, NJ 08108-2812
518403550      +Kennedy Med Grp,    POB 95000,    CN 4570,    Philadelphia, PA 19195-0001
518403552      +Larchmont Med Imaging,    1295 Rt 38 W,    Hainesport, NJ 08036-2702
518504270      +Lourdes Cardiology Services,    Apex Asset Management LLC,    PO Box 5407,
                 Lancaster, PA 17606-5407
518403553      +Margaret Forcella,    227 Bentwood Dr,    Riverside, NJ 08075-1511
518403554      +Marilyn Mascibroda,    1422 Sienna Dr,    Riverton, NJ 08077-3372
518403555      +Mattia Shea,    12 Holyoke Dr,    Riverside, NJ 08075-1604
518403556      +Medexpress Billing,    POB 14000,    Belfast, ME 04915-4033
518403557      +Mt Laurel EMS,    POB 467,    Lumberton, NJ 08048-0467
518403558      +NJ American Water,    POB 371331,    Pittsburgh, PA 15250-7331
518403559      +Optimum Outcomes,    re: Lourdes,    POB 58015,    Raleigh, NC 27658-8015
518470556      +PNC BANK, NATIONAL ASSOCIATION,     3232 NEWMARK DR,    MIAMISBURG, OH 45342-5421
518418561      +PNC BANK, NATIONAL ASSOCIATION,     Fein Such Kahn & Shepard, PC,    7 Century Drive,
                 Parsippany, NJ 07054-4673
518403561      +PNC Bank Mortgage,    6750 Miller Rd,    Brecksville, OH 44141-3239
518403562      +PNC Bank, Corp Headquarters,    3232 Newmark,    Miamisburg, OH 45342-5421
518508319      +PNC Bank, National Association,    Attn: Bankruptcy,    P.O. Box 94982,
                 Cleveland, OH 44101-4982
518403560      +Patient First,    4000 Rt 130N Bldg C,    Riverside, NJ 08075-2414
518403563       Portfolio Recovery Srvc,    120 Corp Blvd, Ste 100,    Norfolk, VA 23502
518403564      +Radiology Assoc of Burl,    1295 Rt 38 west,    Hainesport, NJ 08036-2702
518504276      +Radiology Associates,    Apex Asset Management,    PO Box 5407,    Lancaster, PA 17606-5407
518403567      +The Estate of Joseph Burns,    152 Whitemars Way,    Riverside, NJ 08075-2216
518403568      +Virtua Health,    2000 Crawford Pl, ste 100,    Mount Laurel, NJ 08054-3920
518493848      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,     PO Box 130000,    Raleigh, NC 27605-1000
518403569      +virtua Med Grp,    POB 6028,    Bellmawr, NJ 08099-6028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 26 2019 23:38:25      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 26 2019 23:38:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518403529       EDI: URSI.COM Dec 27 2019 04:08:00     Alltran Financial LP,    POB 722929,
                 Houston, TX 77272-2929
518403530      +EDI: AMEREXPR.COM Dec 27 2019 04:08:00      Amex,   pob 981537,    El Paso, TX 79998-1537
518403538      +E-mail/Text: info@chcollects.com Dec 26 2019 23:39:33      C+H Collection Services,    re Cooper,
                 1 Federal Street N-100,    Camden, NJ 08103-1091
518403540      +E-mail/Text: clientrep@capitalcollects.com Dec 26 2019 23:39:35       Capital Collection Service,
                 POB 150,   West Berlin, NJ 08091-0150
518403543      +EDI: CCS.COM Dec 27 2019 04:08:00     Credit Coll Services,    re: Jefferson U Phys,   POB 607,
                 Norwood, MA 02062-0607
518467842      +E-mail/Text: csc.bankruptcy@amwater.com Dec 26 2019 23:39:29      New Jersey American Water,
                 PO Box 578,   Alton, IL 62002-0578
518492801       EDI: PRA.COM Dec 27 2019 04:08:00     Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-1            User: admin                Page 2 of 2                   Date Rcvd: Dec 26, 2019
                                Form ID: 148               Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518437617      +E-mail/Text: colleen.atkinson@rmscollect.com Dec 26 2019 23:39:32
                 Patient First c/o Receivables Management Systems,    PO Box 73810,
                 North Chesterfield, VA 23235-8047
518403565      +E-mail/Text: colleen.atkinson@rmscollect.com Dec 26 2019 23:39:32
                 Receivables Management Sys,    re:  Patient First,    POB 73810,    Richmond, VA 23235-8047
518405597      +EDI: RMSC.COM Dec 27 2019 04:08:00       Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518403570      +EDI: WFFC.COM Dec 27 2019 04:08:00       Wells Fargo,   POB 10335,    Des Moines, IA 50306-0335
518497459       EDI: WFFC.COM Dec 27 2019 04:08:00       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
518418877      +EDI: WFFC.COM Dec 27 2019 04:08:00       Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,
                 St. Louis Park, MN 55426-4938
518403571      +EDI: WFFC.COM Dec 27 2019 04:08:00       Wells Fargo Card Services,    POB 5284,
                 Carol Stream, IL 60197-5284
518403572      +EDI: WFFC.COM Dec 27 2019 04:08:00       Wells Fargo Dealer Srv,    POB 1697,
                 Winterville, NC 28590-1697
518403566      +EDI: RMSC.COM Dec 27 2019 04:08:00       syncb/Lowes,   POB 530914,    Atlanta, GA 30353-0914
                                                                                               TOTAL: 18

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2019 at the address(es) listed below:
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Peter E. Zimnis    on behalf of Debtor William E Fitzgerald njbankruptcylaw@aol.com
              R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC Bank, National Association
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```